

D<small>IVISION OF</small> C<small>ORPORATIONS</small>

Department of State  /  Division of Corporations  /  Search Records  /  Search by Entity Name  /

# Detail by Entity Name

Florida Limited Liability Company
ATLANTIC KEY ENERGY, LLC

**Filing Information**

| | |
|---|---|
| **Document Number** | L19000066403 |
| **FEI/EIN Number** | 83-3939559 |
| **Date Filed** | 03/08/2019 |
| **Effective Date** | 03/07/2019 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

1550 W. Digital Dr.
Suite 500
Lehi, UT 84043

Changed: 05/10/2023

**Mailing Address**

1550 W. Digital Dr.
Suite 500
Suite B
Lehi, UT 84043

Changed: 05/10/2023

**Registered Agent Name & Address**

C T Corporation System
1200 South Pine Island Road
Plantation, FL 33324

Name Changed: 05/03/2022

Address Changed: 05/03/2022

**Authorized Person(s) Detail**

**Name & Address**

Title Manager

SCHONBECK, BRIAN
1550 W. Digital Dr.
Suite 500
Lehi, UT 84043

Title Manager

Stanger, Judd
1550 W. Digital Dr.
Suite 500
Suite B
Lehi, UT 84043

**Annual Reports**

| Report Year | Filed Date |
|---|---|
| 2022 | 05/03/2022 |
| 2023 | 02/25/2023 |
| 2023 | 05/10/2023 |

**Document Images**

| | |
|---|---|
| 05/10/2023 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 02/25/2023 -- ANNUAL REPORT | View image in PDF format |
| 05/03/2022 -- ANNUAL REPORT | View image in PDF format |
| 03/19/2021 -- ANNUAL REPORT | View image in PDF format |
| 09/16/2020 -- AMENDED ANNUAL REPORT | View image in PDF format |
| 06/09/2020 -- ANNUAL REPORT | View image in PDF format |
| 03/08/2019 -- Florida Limited Liability | View image in PDF format |

Florida Department of State, Division of Corporations