UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

SHOSHANA SMITH, SORAIDA
CORDERO, CHRISTIE ALVAREZ,
BRIANA GRAYBUSH and
RICHARD GAYLE, individually
and behalf of all others similarly
situated,

    Plaintiffs,

v.                                                        Case No.:  2:23-cv-849-SPC-KCD

LUMIO HX, INC., ATLANTIC
KEY ENERGY, LLC, FIFTH
THIRD BANK NATIONAL
ASSOCIATION and DIVIDEND
FINANCE,

    Defendants.
                                     /

# ORDER

Before the Court is Defendant Lumio HX, Inc.'s Suggestion of Bankruptcy. (Doc. 96). Defendant Lumio HX, Inc. filed for bankruptcy on September 3, 2024. So the Court stays this case in accordance with 11 U.S.C. § 362.

Accordingly, it is now

**ORDERED:**

1. This case is **STAYED** in accordance with 11 U.S.C. § 362.

2. Defendant Lumio HX, Inc. shall provide the Court with a status report regarding the bankruptcy proceedings on or before **December 5, 2024**, and **every 90 days** thereafter.

3. Defendant Lumio HX, Inc. shall notify the Court within **seven days** of the bankruptcy proceedings concluding.

**DONE** and **ORDERED** in Fort Myers, Florida on September 6, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record